1  Timothy D. Nichols (*pro hac vice* forthcoming)
   tnichols@wnlaw.com
2  Brian N. Platt (WSBA No. 34089)
   bplatt@wnlaw.com
3  **WORKMAN NYDEGGER**
   60 East South Temple Suite 1000
4  Salt Lake City, UT 84111
   Telephone: (801) 533-9800
5  Facsimile: (801) 328-1707

6  *Attorneys for Darex, LLC*

7

8

9

10                    **UNITED STATES DISTRICT COURT**
                   **WESTERN DISTRICT OF WASHINGTON**
11                            **AT SEATTLE**

12

13  DAREX, LLC,                                **Case No: _____**

14                          Plaintiff,
                                              **COMPLAINT FOR COPYRIGHT**
15           v.                               **INFRINGEMENT, TRADEMARK**
                                              **INFRINGEMENT, AND UNFAIR**
16  HARDWARE SALES INC.,                       **COMPETITION**

17                          Defendant.         **JURY TRIAL DEMANDED**

18

19

20

21

22

23

24

COMPLAINT - 1

Plaintiff Darex, LLC ("Darex") complains and alleges as follows against Defendant Hardware Sales Inc. ("HSI").

## INTRODUCTION

1.      This is an action for copyright infringement in violation of 17 U.S.C. § 106 *et seq*, trademark infringement in violation of 15 U.S.C. § 1114 *et seq*, unfair competition in violation of 15 U.S.C. § 1125(a), false advertising in violation of 15 U.S.C. § 1125(a), and violation of Washington's Consumer Protection Act, RCW 19.86.023.

2.      Darex owns exclusive rights in United States Copyright Registration No. VA 2-224-250 (the "Darex Copyright"); and United States Trademark Registration Nos. 2,083,587; 2,756,861; 3,407,214; 4,026,814; 6,077,986; and 6,077,987 (the "Darex Trademarks").

3.      HSI has made and used unauthorized reproductions of Darex's original works which are the subject of the Darex Copyright.

4.      HSI has made unauthorized use of the Darex Trademarks, and its unauthorized use is likely to cause confusion, to cause mistake, or to deceive the consumer as to the affiliation, connection, or association of HSI products with Darex, or as to the origin, or approval by Darex of HSI's goods, services, or commercial activities, in violation of 15 U.S.C. § 1114(a) (trademark infringement) and 15 U.S.C. § 1125(a) (unfair competition).

5.      Darex seeks, among other relief, an injunction preventing HSI from further infringing the Darex Copyright and the Darex Trademarks, and damages or disgorgement of HSI profits from its infringement.

## THE PARTIES

6.      Darex, LLC is a limited liability company organized and existing under the laws of the State of Oregon with a principal place of business at 210 E Hersey St, Ashland, OR 97520.

7.      Hardware Sales, Inc. ("HSI") is a corporation organized and existing under the laws

of the State of Washington with a principal place of business at 2034 James Street, Bellingham, Washington 98825, doing business on the internet as Hardware Sales (www.HardwareSales.net and www.HardwareSales.com).

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction under 15 U.S.C. § 1121 (action arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1338(a) (any Act of Congress relating to patents or trademarks); 28 U.S.C. § 1338(b) (action asserting claim of unfair competition joined with a substantial and related claim under the trademark laws); and 28 U.S.C. § 1367 (supplemental jurisdiction).

9.      This Court has personal jurisdiction over Defendant because Defendant reside in this judicial district, and have committed and continue to commit acts of copyright infringement in violation of 17 U.S.C. § 106 *et seq*, trademark infringement in violation of 15 U.S.C. § 1114 *et seq*, and unfair competition in violation of 15 U.S.C. § 1125(a) within this district and expressly targeted their activities toward this District.  Defendant has expressly targeted this District with its infringing activities, places infringing products into the stream of commerce with the knowledge or understanding that such products are sold in the State of Washington and in this District, and has shipped products into this District. In addition, the acts of Defendant cause substantial injury to Darex in this District. On information and belief, Defendant derive substantial revenue from its sale of products into this District, expects its actions to have consequences within this District, and derives substantial revenue from interstate commerce expressly targeted at this District.

## GENERAL ALLEGATIONS

10.      Darex is a 4th-generation family-owned company in Ashland, Oregon.  For over 40 years, Darex has been creating industry-leading sharpening tools here in the USA under the brands DAREX, DRILL DOCTOR, and WORK SHARP.

11.     Darex began in 1973 in Beecher, Illinois.  The D, A, and R that make up the DAREX brand are the initials of *three generations* of the Bernard family.  In 1978, Darex relocated to Ashland, Oregon where it continues to reside.  In 2012, Matthew Bernard became the fourth-generation family owner of the company.

12.     Darex exists because of a unique passion for creating exceptional-quality, easy-to-use sharpening tools, to the surprise and delight the customers who buy and use its products.  Its ingenious products are designed to keep tools and knives safe and sharp.

13.     Darex products include professional-quality drill bit sharpeners sold under the Drill Doctor® brand, industrial-quality drill bit sharpeners sold under the Darex brand®, and culinary knife sharpeners, tool and knife sharpeners and other products sold under the Work Sharp® brand.

14.     Darex strives to create a positive experience for its customers by selling its products only through authorized retailers that agree to sell its products under appropriate conditions.

15.     Unfortunately, unscrupulous companies such as HSI—who is not an authorized retailer for Work Sharp® or Drill Doctor® products—seek to mislead consumers and obtain and sell its products at a steep discount and without warranties.

16.     HSI is not authorized to sell Work Sharp® or Drill Doctor® products or to use its copyrighted images or trademarks in connection with its unauthorized listings, and has been asked by Darex to stop selling unauthorized Darex products.  HSI lists numerous Work Sharp® and Drill Doctor® products and intentionally misuses the Darex Trademarks.

17.     Darex registered its DRILL DOCTOR trademark with United States Trademark Registration Nos. 2,083,587 (the "'587 Trademark") and 6,077,987 (the "'987 Trademark").

18.     Darex registered its WORK SHARP trademark with United States Trademark Registration Nos. 3,407,214 (the "'214 Trademark"); 4,026,814 (the "'814 Trademark"); and 6,077,986 (the "'986 Trademark").

19.     HSI is not authorized to use the DRILL DOCTOR or WORK SHARP trademarks in connection with any product or product sale.

20.     HSI sells numerous unauthorized Darex products on its website and on eBay and intentionally misuses the DRILL DOCTOR and WORK SHARP trademarks in connection with those listings.

21.     Without authorization, HSI displays the DRILL DOCTOR trademark, as shown in the exemplary product listing below, in connection with its false claims that it is an authorized Drill Doctor retailer:



https://www.ebay.com/itm/Drill-Doctor-DA31320GF-Diamond-Wheel
-For-Drill-Doctor-350X-500X-and-750X/140990950050

(Captured December 9, 2020)

22.     Without authorization, HSI displays the WORK SHARP trademark, as shown in the exemplary product listing below, in connection with its false claims that it is an authorized Work Sharp retailer:

COMPLAINT - 5

1

2

3

4

5

6

7

8

9

10



https://www.ebay.com/itm/Work-Sharp-WSCMB-120-Volt-Single-Speed-Combo-Knife-Sharpener/142452882458

(Captured December 9, 2020)

11

12      23.     HSI's display of the DRILL DOCTOR and WORK SHARP trademarks, as shown

13    above is confusing and misleading to customers.

14      24.     Darex obtained U.S. copyright registration (Registration Number: VA 2-224-250

15    ("'250 Copyright") for the product image shown below.  Darex is the owner of the '250 Copyright.

16

17

18

19

20

21

22

23

24



COMPLAINT - 6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25.     Although HSI is not authorized to use the Darex's copyrighted images, it has made unauthorized reproductions of Darex's copyrighted images at the locations shown below:



http://www.hardwaresales.com/catalog/product/view/id/78664/s/work-sharp-wscmb-120-volt-combo-knife-sharpener/category/163/

26.     HSI willfully infringes and misuses the Darex Copyright and Trademarks without authorization.

**FIRST CAUSE OF ACTION**
**Trademark Infringement**
**15 U.S.C. § 1114**

27.     Darex incorporates and realleges each and every allegation in the preceding paragraphs, as if fully set forth herein.

28.     Darex registered the DRILL DOCTOR Trademarks with the United States Patent and Trademark Office.  A true and correct copy of the '587 Trademark is attached as Exhibit A. A true and correct copy of the '987 Trademark is attached as Exhibit B (collectively, the "DRILL

1   DOCTOR Trademarks").

2          29.    Darex registered the WORK SHARP Trademarks with the United States Patent and

3   Trademark Office.  A true and correct copy of the '215 Trademark is attached as Exhibit C.  A true

4   and correct copy of the '814 Trademark is attached as Exhibit D.  A true and correct copy of the

5   '986 Trademark is attached as Exhibit E (collectively, the "WORK SHARP Trademarks").

6          30.    Darex  owns  the  DRILL  DOCTOR  Trademarks,  and  the  DRILL  DOCTOR

7   Trademarks are valid and subsisting trademarks in full force and effect.

8          31.    Darex owns the WORK SHARP Trademarks, and the WORK SHARP Trademarks

9   is valid and subsisting trademarks in full force and effect.

10          32.    Defendant HSI infringes the DRILL DOCTOR Trademarks by advertising products

11   together with the false representation that HSI is an authorized DRILL DOCTOR retailer, as shown

12   in the exemplary eBay product listing below:

13

14

15

16

17

18

19

20

21

22   https://www.ebay.com/itm/Drill-Doctor-DA31320GF-Diamond-Wheel
     -For-Drill-Doctor-350X-500X-and-750X/140990950050

23   (Captured December 9, 2020)

     33.    Defendant HSI infringes the WORK SHARP Trademarks by advertising products
24

together with the false representation that HSI is an authorized DRILL DOCTOR retailer, as shown

in the exemplary eBay product listing below:



https://www.ebay.com/itm/Work-Sharp-WSCMB-120-Volt-Single-Speed-Combo-Knife-Sharpener/142452882458

(Captured December 9, 2020)

34.     Defendant HSI's unauthorized use of the DRILL DOCTOR and WORK SHARP

Trademarks is likely to cause confusion, to cause mistake, or to deceive the consumer as to the

affiliation, connection, or association of Defendant's product listings with DRILL DOCTOR

and/or WORK SHARP, or as to the origin, or approval by Darex of Defendant's listing for sale of

such goods, services, or commercial activities, in violation of 15 U.S.C. § 1114(a).

35.     Defendants' unauthorized use of the DRILL DOCTOR and WORK SHARP

Trademarks enables Defendant to benefit unfairly from DRILL DOCTOR and WORK SHARP's

reputation and success, giving Defendant infringing product sales and commercial value they

would not have otherwise received.

36.     Defendants' unauthorized use of the DRILL DOCTOR and WORK SHARP

Trademarks has been and continues to be intentional, willful, and without regard to Darex's rights.

37.     Defendant has gained profits by virtue of their infringement of the DRILL DOCTOR and WORK SHARP Trademarks.

38.     Darex is suffering irreparable harm from Defendants' infringement of the DRILL DOCTOR and WORK SHARP Trademarks insofar as Darex's good will is being eroded by Defendant's continued infringement and unauthorized sale of goods in connection with the DRILL DOCTOR and WORK SHARP marks.  Darex has no adequate remedy at law to compensate it for the loss of business reputation, customers, market position, confusion of potential customers, and goodwill flowing from Defendants' infringing activities.  Pursuant to 15 U.S.C. § 1116, Darex is entitled to an injunction against Defendants' continuing infringement of the DRILL DOCTOR and WORK SHARP Trademarks.

39.     Because Defendant's actions have been committed with intent to damage Darex and to confuse and deceive the public—occurring even after Defendant HSI was asked to stop selling such products—Darex is entitled to treble its actual damages or Defendant's profits, whichever is greater, and an award of costs and, this being an exceptional case, reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).

## SECOND CAUSE OF ACTION
### Unfair Competition
### 15 U.S.C. § 1125(a)

40.     Darex incorporates and realleges each and every allegation in the preceding paragraphs, as if fully set forth herein.

41.     Darex registered the DRILL DOCTOR and WORK SHARP Trademarks with the United States Patent and Trademark Office.

42.     Darex owns the DRILL DOCTOR and WORK SHARP Trademarks, and the DRILL DOCTOR and WORK SHARP Trademarks are valid and subsisting trademarks in full

force and effect.

43.   Defendant HSI infringes the DRILL DOCTOR Trademarks by advertising products together with the false representation that HSI is an authorized DRILL DOCTOR retailer, as shown in the exemplary eBay product listing below:



https://www.ebay.com/itm/Drill-Doctor-DA31320GF-Diamond-Wheel
-For-Drill-Doctor-350X-500X-and-750X/140990950050

(Captured December 9, 2020)

44.   Defendant HSI infringes the WORK SHARP Trademarks by advertising products together with the false representation that HSI is an authorized WORK SHARP retailer, as shown in the exemplary eBay product listing below:

COMPLAINT - 11

https://www.ebay.com/itm/Work-Sharp-WSCMB-120-Volt-Single-Speed-Combo-Knife-Sharpener/142452882458

(Captured December 9, 2020)

45.     Defendant's unauthorized use of the DRILL DOCTOR and WORK SHARP Trademarks is likely to cause confusion, to cause mistake, or to deceive the consumer as to the affiliation, connection, or association of Defendant's knock-off products with Darex, or as to the origin, or approval by Darex of Defendants' goods, services, or commercial activities, in violation of 15 U.S.C. § 1125(a).

46.     Defendant's unauthorized use of the DRILL DOCTOR and WORK SHARP Trademarks enables Defendant to benefit unfairly from Darex's reputation and success in the DRILL DOCTOR and WORK SHARP marks, thereby giving Defendant unauthorized product sales and commercial value they would not have otherwise received in violation of 15 U.S.C. § 1125(a).

47.     Defendants' unauthorized use of the DRILL DOCTOR and WORK SHARP Trademarks as described herein has been and continues to be intentional, willful, and without regard to Darex's rights.

COMPLAINT - 12

48.     Darex is suffering irreparable harm from Defendants' infringement of the DRILL DOCTOR and WORK SHARP Trademarks insofar as Darex's good will is being eroded by Defendants' continued infringement. Darex has no adequate remedy at law to compensate it for the loss of business reputation, customers, market position, confusion of potential customers, and goodwill flowing from Defendants' infringing activities.  Pursuant to 15 U.S.C. § 1116, Darex is entitled to an injunction against Defendants' continuing infringement of the DRILL DOCTOR and WORK SHARP Trademarks.

49.     Because Defendants' actions have been committed with intent to damage Darex and to confuse and deceive the public—occurring even after Defendant HSI was asked to stop selling such products—Darex is entitled to treble its actual damages or Defendants' profits, whichever is greater, and to an award of costs and, this being an exceptional case, reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).

### THIRD CAUSE OF ACTION
**False Advertising**
**15 U.S.C. § 1125(a)**

50.     Darex incorporates and realleges each and every allegation in the preceding paragraphs, as if fully set forth herein.

51.     Defendant HSI engages in false advertising with regard to the DRILL DOCTOR Trademarks by advertising products together with the false representation that HSI is an authorized DRILL DOCTOR retailer, as shown in the exemplary eBay product listing below:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



https://www.ebay.com/itm/Drill-Doctor-DA31320GF-Diamond-Wheel
-For-Drill-Doctor-350X-500X-and-750X/140990950050

(Captured December 9, 2020)

52.     Defendant HSI engages in false advertising with regard to the WORK SHARP
Trademarks by advertising products together with the false representation that HSI is an authorized
WORK SHARP retailer, as shown in the exemplary eBay product listing below:



COMPLAINT - 14

https://www.ebay.com/itm/Work-Sharp-WSCMB-120-Volt-
Single-Speed-Combo-Knife-Sharpener/142452882458

(Captured December 9, 2020)

53.     Defendant's advertising uses of the DRILL DOCTOR and WORK SHARP Trademarks as outlined above are false and misleading statements of fact that are likely to cause confusion, to cause mistake, or to deceive the consumer as to a material and important aspect of the advertised products including the Defendant's alleged affiliation, connection, or association with Darex, or as to the origin, or approval by Darex of Defendants' goods, services, or commercial activities, in violation of 15 U.S.C. § 1125(a).

54.     Defendant's unauthorized use of the DRILL DOCTOR and WORK SHARP Trademarks enables Defendant to benefit unfairly from Darex's reputation and success in the DRILL DOCTOR and WORK SHARP marks, thereby giving Defendant unauthorized product sales and commercial value they would not have otherwise received in violation of 15 U.S.C. § 1125(a).

55.     Defendants' unauthorized use of the DRILL DOCTOR and WORK SHARP Trademarks as described herein has been and continues to be intentional, willful, and without regard to Darex's rights.

56.     Darex is suffering irreparable harm from Defendants' false advertising uses of the DRILL DOCTOR and WORK SHARP Trademarks insofar as Darex's good will is being eroded by Defendants' continued infringement. Darex has no adequate remedy at law to compensate it for the loss of business reputation, customers, market position, confusion of potential customers, and goodwill flowing from Defendants' infringing activities.  Pursuant to 15 U.S.C. § 1116, Darex is entitled to an injunction against Defendants' continuing infringement of the DRILL DOCTOR and WORK SHARP Trademarks.

57.     Because Defendants' actions have been committed with intent to damage Darex

1  and to confuse and deceive the public Darex is entitled to treble its actual damages or Defendants'

2  profits, whichever is greater, and to an award of costs and, this being an exceptional case,

3  reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and 1117(b).

### FOURTH CLAIM FOR RELIEF
**Copyright Infringement**
**17 U.S.C. § 106 *et seq***

6  58.    Darex incorporates and realleges each of the preceding paragraphs in the

7  Complaint, as if fully set forth herein.

8  59.    On November 19, 2020, the United States Copyright Office issued copyright

9  registration number VA 2-224-250 ("'250 Copyright") for the product image shown below.  Darex

10 is the owner of the '250 Copyright, which is attached hereto as Exhibit F.



20 60.    Although HSI is not authorized to use the Darex's copyrighted images, it has made

21 unauthorized reproductions of Darex's copyrighted images at the locations shown below:

1

2

3

4

5

6

7

8

9

10

11



12      http://www.hardwaresales.com/catalog/product/view/id/78664/s/work-sharp-
             wscmb-120-volt-combo-knife-sharpener/category/163/

13

14      61.     Defendant has produced, reproduced, and/or prepared reproductions of Darex's

15  protected works without Darex's consent.  Defendants' acts violate Darex's exclusive rights under

16  the Copyright Act, 17 U.S.C. §§ 106 and 501, including its exclusive rights to produce, reproduce,

17  and distribute copies of its work, to create derivative works, and to publicly display its work.

18      62.     Defendant's infringement has been undertaken willfully with the intent to

19  financially gain from Darex's copyrighted work and Defendant has willfully infringed Darex's

20  copyrighted work.

21      63.     Because of Defendant's infringing acts, Darex is entitled to its actual damages and

22  Defendant's profits attributable to the infringement, in an amount to be proved at trial, together

23  with all other relief allowed under the Copyright Act.

24      64.     Because of Defendant's willful infringement, Darex is entitled to increased

1    damages pursuant to 17 U.S.C. § 504(c)(2).

2        65.    Defendant's infringement has caused and continues to cause irreparable harm to

3    Darex, for which it has no adequate remedy at law.  Unless this Court restrains Defendant from

4    infringing Darex's protected work, the harm will continue to occur in the future.  Accordingly,

5    Darex is entitled to a preliminary and permanent injunction.

6                            **FIFTH CAUSE OF ACTION**
                          **Washington Consumer Protection Act**
7                                **RCW 19.86.020**

8        66.    Darex incorporates and realleges each and every allegation in the preceding

9    paragraphs, as if fully set forth herein.

10        67.    Defendant HSI engages in false advertising with regard to the DRILL DOCTOR

11    Trademarks by advertising products together with the false representation that HSI is an authorized

12    DRILL DOCTOR retailer, as shown in the exemplary eBay product listing below:



13

14

15

16

17

18

19

20

21

22        https://www.ebay.com/itm/Drill-Doctor-DA31320GF-Diamond-Wheel
                    -For-Drill-Doctor-350X-500X-and-750X/140990950050

23                        (Captured December 9, 2020)

24        68.    Defendant HSI engages in false advertising with regard to the WORK SHARP

Trademarks by advertising products together with the false representation that HSI is an authorized

WORK SHARP retailer, as shown in the exemplary eBay product listing below:



https://www.ebay.com/itm/Work-Sharp-WSCMB-120-Volt-
Single-Speed-Combo-Knife-Sharpener/142452882458

(Captured December 9, 2020)

69.     Defendant's advertising uses of the DRILL DOCTOR and WORK SHARP

Trademarks constitutes an unfair or deceptive act or practice in violation of RCW 19.86.023.

## PRAYER FOR RELIEF

Wherefore, Darex respectfully prays that the Court enter judgment in its favor and award

the following relief against Defendant:

A.     A judgment in favor of Darex that Defendant infringed the Darex Trademarks;

B.     A judgment in favor of Darex that Defendant willfully infringed the Darex

Trademarks;

C.     A judgment in favor of Darex that Defendant engaged in unfair competition and

unfair trade practices in violation of 15 U.S.C. § 1125.

D.      A judgment in favor of Darex that Defendant engaged in false advertising in violation of 15 U.S.C. § 1125.

E.      A judgment in favor of Darex that Defendant violated RCW 19.86.020 by engaging in an unfair or deceptive act or practice.

F.      An order and judgment preliminarily and permanently enjoining Defendant and its officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from infringing the registered Darex Trademarks and for reasonable funds for corrective advertising to correct Defendants' misleading association with Darex;

G.      A judgment awarding Darex damages in an amount to be determined at trial, an accounting of Defendant's profits, and costs of the action pursuant to 15 U.S.C. § 1117.

H.      A judgment trebling damages pursuant to 15 U.S.C. § 1117;

I.      A judgment that this is an exceptional case, pursuant to 15 U.S.C. § 1117, together with an award of Plaintiff's reasonable attorneys' fees.

J.      Any other remedy to which Darex may be entitled, including all remedies provided for in 15 U.S.C. § 1117 *et seq*.

K.      A judgment in favor of Darex that Defendant has infringed the Darex Copyright;

L.      A judgment in favor of Darex that Defendant's infringement of the Darex Copyright has been willful;

M.      A judgment in favor of Darex that Darex is entitled to its actual damages and Defendant's profits attributable to the infringement of the Darex Copyright, in an amount to be proved at trial;

N.      A judgment in favor of Darex that Darex is entitled to increased damages pursuant to 17 U.S.C. § 504(c)(2) due to Defendant's willful infringement;

O.      An order and judgment enjoining Defendant and their officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing the registered Darex Copyright;

P.      Any other relief the Court deems just and proper under all the circumstances.

### Demand for Trial by Jury

Darex demands a jury trial on all matters triable to a jury.

DATED this 21st day of December 2020.

/s/ Brian N. Platt
TIMOTHY D. NICHOLS (*pro hac vice* forthcoming)
tnichols@wnlaw.com
BRIAN N. PLATT (WSBA No. 34089)
bplatt@wnlaw.com
**WORKMAN | NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Counsel for Plaintiff Darex, LLC*

COMPLAINT - 21